**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

Re:  Mitchell Le Dac Ho, Petitioner, v. Cathy Halvorson, Respondent
21-cv-02573 (JRT/HB)

I hereby certify that on January 12, 2022, I caused the following documents:

> State's Answer to Petition for Writ of Habeas Corpus,
>
> State's Memorandum,
>
> State's Appendix,
>
> Certificate of Compliance.

to be filed electronically with the Clerk of Court through ECF.

I further certify that on January 12, 2022, I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following:

> Charles L. Hawkins
> Attorney at Law
> 150 South Fifth Street, Suite 2860
> Minneapolis, MN  55402

Date:  January 12, 2022              */s/ Brittany D. Lawonn*
                                     Brittany D. Lawonn
                                     Attorney License No. 0393086
                                     Assistant Hennepin County Attorney
                                     C-2000 Government Center
                                     300 South Sixth Street
                                     Minneapolis, MN 55487
                                     Telephone:  (612) 348-9842
                                     Fax:  (612) 348-6028
                                     brittany.lawonn@hennepin.us
                                     ATTORNEY FOR RESPONDENT